No. 02–9739.  MCBRIDE *v.* DVOSKIN ET AL.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein.

No. 02A993.  JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS *v.* WALTON.  Application to vacate stay of execution of sentence of death entered by the United States District Court for the Western District of Virginia on May 25, 2003, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 02M95.  CARLSON *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02M96.  MCCORKLE *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with a redacted petition for writ of certiorari within 30 days.

No. 126, Orig.  KANSAS *v.* NEBRASKA ET AL.  Motion of the Special Master for allowance of fees and disbursements granted, and the Special Master is awarded a total of $145,182.45 for the period July 1, 2002, through April 15, 2003, to be paid equally by the parties.  [For earlier decision herein, see, *e. g., ante*, p. 720.]

No. 128, Orig.  ALASKA *v.* UNITED STATES.  Motion of the Special Master for allowance of fees and reimbursement granted, and the Special Master is awarded a total of $57,264.08 for the period October 17, 2002, through April 16, 2003, to be paid equally by the parties.  [For earlier order herein, see, *e. g.*, 537 U. S. 1026.]

No. 02–9764.  IN RE MILLER; and
No. 02–10320.  IN RE MEHDIPOUR.  Petitions for writs of mandamus denied.